# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

146871

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

CONGREGATION MISHKAN ISRAEL
NUSACH H'ARI,
      Petitioner-Appellant,

v

CITY OF OAK PARK,
      Respondent-Appellee.

SC: 146871
COA: 306465
MI Tax Trib: 00-336205

_____/

      On order of the Court, the application for leave to appeal the December 13, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013



Clerk

p0617